IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| EARL C. STOKES, INDIVIDUALLY AND AS TRUSTEE ON BEHALF OF THE STOKES FAMILY TRUST AND THE STOKES FAMILY LIVING TRUST, LENORA P. STOKES, INDIVIDUALLY AND AS TRUSTEE ON BEHALF OF THE STOKES FAMILY TRUST AND THE STOKES FAMILY LIVING TRUST, MARK C. STOKES, AND PAULA A. DEATS, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT

The United States of America, by and through its undersigned attorneys, complains and alleges as follows:

1.  The United States of America seeks a judgment against Earl C. Stokes for his unpaid federal income tax liabilities for tax years 2000 and 2004. The United States also seeks to foreclose on its federal tax lien on Earl Stokes' ownership interest in his residence at 5829 Wilson Dr. Zephyrhills, FL 33542, including any and all related property interests gained through later quitclaim deeds. The Wilson Drive property and related property interests are titled in the name of Earl Stokes' nominee, the Stokes Family Living Trust (a/k/a the Stokes Family Trust); each deed was granted to: "Earl

Clayton Stokes and Lenora Pollock Stokes, as Trustees of the Stokes Family Living Trust, May 31, 1994." Because other members of Earl Stokes' family claim or may claim an interest in the property, the United States has also listed Lenora P. Stokes, Mark C. Stokes, and Paula A. Deats as parties to this action pursuant to 26 U.S.C. § 7403(b).

## JURISDICTION AND VENUE

2. This civil action is authorized and sanctioned by the Chief Counsel, Internal Revenue Service, a duly authorized delegate of the Secretary of the Treasury, and has been commenced at the direct of the Attorney General of the United States. 26 U.S.C. § 7401.

3. This Court has jurisdiction over this civil action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(1) and 1396.

## DEFENDANTS

5. Defendant Earl C. Stokes is the taxpayer and resides at 5829 Wilson Dr. Zephyrhills, FL 33542, (hereinafter "the Subject Property"), which is located in Pasco County, Florida, within the jurisdiction of this Court. Earl C. Stokes is also named in this action as a trustee on behalf of the Stokes Family Living Trust and the Stokes Family Trust, as these trusts may claim an interest in the Subject Property.

6. Defendant Lenora P. Stokes is named as a party to this action, both individually and as a trustee of the Stokes Family Living Trust and the Stokes Family Trust, pursuant to 26 U.S.C. § 7403(b) because she and the trusts may claim an interest in

the Subject Property. At all times relevant to this complaint, Earl Stokes and Lenora Stokes have been married. Lenora Stokes resides with her husband at the Subject Property, which is located in Pasco County, Florida, within the jurisdiction of this Court.

7. Defendant Mark C. Stokes is named as a party to this action pursuant to 26 U.S.C. § 7403(b) because he may claim an interest in the Subject Property. Mark Stokes is the adult son of Earl and Lenora Stokes; he resides at 38351 7th Avenue, Zephyrhills, FL 33542, which is located in Pasco County, Florida, within the jurisdiction of this Court.

8. Defendant Paula A. Deats is named as a party to this action pursuant to 26 U.S.C. § 7403(b) because she may claim an interest in the Subject Property. Paula Deats is the adult daughter of Earl and Lenora Stokes; she resides at 806 Del Prado Lane, Port Orange, FL 32129, within the jurisdiction of this Court.

### PROPERTY DESCRIPTIONS FOR THE SUBJECT PROPERTY AND RELATED PROPERTY INTERESTS

9. In July of 2002, Earl and Lenora Stokes purchased the Subject Property at 5829 Wilson Dr. Zephyrhills, FL 33542. The deed transferred the property to "Earl Clayton Stokes and Lenora Pollock Stokes, as Trustees of the Stokes Family Living Trust, May 31, 1994." The legal description of the Subject Property at Wilson Drive property is as follows:

Warranty Deed (bk. 5001 pgs. 139-140), description:

The South 1/2 of the Northwest 1/4 of the Northeast 1/4 of Section 10, Township 26 South, Range 21 East, Pasco County, Florida. SUBJECT TO an easement for ingress and egress over and across the North 60.00 feet thereof and the West 60.00 feet thereof. SUBJECT TO a Drainage and Retention Easement as described in Official Record Book 3015, Page 1146, Public Records of Pasco County, Florida.

3

TOGETHER WITH an easement for ingress and egress over and across Wilson Drive, being further described as follows: Commence at the Northeast corner of the Northwest 1/4 of the Northeast 1/4 of Section 10, Township 26 South, Range 21 East, thence run S.00°22'51"E., 25.00 feet, thence N.89°58'29"W., 100.00 feet for a POINT OF BEGINNING; thence continue N.89°58'29"W., 50.00 feet; thence S.00°22'51"E., 606.50 feet, thence S.89°58'15"W., 522.59 feet to the Western boundary of the Northeast 1/4 of the Northwest 1/4 Northeast 1/4; thence S.00°22'51"E., 30.00 feet to the Southwest corner of the Northeast 1/4 of the Northwest 1/4 of the Northeast 1/4; thence along the Southern boundary of said Northeast 1/4 of the Northwest 1/4 of the Northeast 1/4, N.89°58'15"E., 572.59 feet; thence N.00°22'51"W. 636.45 feet to the POINT OF BEGINNING.

Parcel ID Number: 10 26 21 0000 00900 0000

10. On February 27, 2017, Earl and Lenora Stokes received two quitclaim deeds which conveyed additional property interests related to the Subject Property at Wilson Drive. Both of these deeds were conveyed to "Earl Clayton Stokes and Lenora Pollock Stokes, as Trustees of the Stokes Family Living Trust, dated May 31, 1994." The legal description of the quitclaim deeds is as follows:

Quitclaim Deed (bk. 9503 pg. 20), description:

An easement for ingress and egress over and across the North 60.00 feet thereof and the West 60.00 feet thereof. Of the following described property: The South 1/2 of the Northwest 1/4 or of the Northeast 1/4 of Section 10, Township 26 South, Range 21 East, Pasco County, Florida.

Parcel ID Number: 10 26 21 0000 00900 0000

And

Quitclaim Deed (bk. 9503 pgs. 21-22), description:

Commence at the Northeast corner of the Northwest 1/4 of the Northeast 1/4 of Section 10, Township 26 South, Range 21 East, thence run S.00°22'51"E., 25.00 feet, thence N.89°58'29"W., 100.00 feet for a POINT OF BEGINNING; thence continue N.89°58'29"W., 50.00 feet; thence S.00°22'51"E., 606.50 feet, thence S.89°58'15"W., 522.59 feet to the Western boundary of the Northeast 1/4 of the Northwest 1/4 Northeast 1/4;

4

thence S.00°22'51"E., 30.00 feet to the Southwest corner of the Northeast 1/4 of the Northwest 1/4 of the Northeast 1/4; thence along the Southern boundary of said Northeast 1/4 of the Northwest 1/4 of the Northeast 1/4, N.89°58'15"E., 572.59 feet; thence N.00°22'51"W. 636.45 feet to the POINT OF BEGINNING.

Parcel ID Number: 10 26 21 0000 02200 0000

## CLAIMS FOR RELIEF

### COUNT I – Federal Income Tax Liability

11. In both 2000 and 2004, Earl Stokes failed to file an individual federal income tax return, despite earning income and owing income tax. Due to his failures to file tax returns for these years, a delegate of the Secretary of the Treasury prepared substitute returns as authorized under 26 U.S.C. § 6020(b).

12. On the dates set forth below after following notice of deficiency procedures, a delegate of the Secretary of the Treasury of the United States properly made assessments against Earl Stokes of federal income tax, as well as applicable penalties and interest for the tax years 2000 and 2004. The amounts and dates of the assessments are shown in the following table:

| Tax Year | Assessment Date | Assessed Tax | Assessed Penalties | Assessed Interest |
|---|---|---|---|---|
| 2000 | 5/5/2008 | $46,079.00 | A $2,338.17 | $29,443.95 |
|  | 5/5/2008 |  | B $9,840.15 |  |
|  | 5/5/2008 |  | C $10,933.50 |  |
|  | 3/17/2014 |  |  | $21,454.57 |
|  | 3/23/2015 |  |  | $2,839.26 |
|  | 03/21/2016 |  |  | $2,778.87 |
| 2004 | 7/20/2009 | $5,698.00 | B $832.05 | $1,470.32 |
|  | 7/20/2009 |  | C $924.50 |  |
|  | 3/17/2014 |  |  | $1,195.26 |
|  | 3/23/2015 |  |  | $251.41 |
|  | 03/21/2016 |  |  | $254.07 |

A: Estimated Tax Penalty; B: Late Filing Penalty; C: Failure to Pay Tax Penalty.

5

13. A delegate of the Secretary of the Treasury gave Earl Stokes written notice of the assessment of the liabilities described in ¶ 12 and made demand for payment.

14. Despite proper notice and demand, Earl Stokes has failed to fully pay the federal income tax that he was assessed for tax years 2000 and 2004, or the interest and penalties that have accrued on those taxes.

15. As of April 4, 2018, Earl Stokes owed the sum of $93,339.32 for tax year 2000. Also as of April 4, 2018, Earl Stokes owed the sum of $9,355.98 for tax year 2004. In total, as of April 4, 2018, Earl Stokes owed $102,695.30 for tax years 2000 and 2004. Interest and statutory additions continue to accrue until the liability is paid.

## COUNT II – Foreclosure of Federal Tax Lien

16. Pursuant to 26 U.S.C. §§ 6321 and 6322, liens for the unpaid federal taxes described above arose on the dates of assessment in favor of the United States and attached to all property and rights to property belonging to and/or controlled by Earl Stokes, including the Subject Property at Wilson Drive, and all related property interests, titled in the name of Earl Stokes or his nominee the Stokes Family Living Trust.

17. In July of 2002, Earl Stokes and Lenora Stokes purchased the Subject Property at Wilson Drive for $375,000 and received a warranty deed. The warranty deed transferred the property to "Earl Clayton Stokes and Lenora Pollock Stokes, as Trustees of the Stokes Family Living Trust, May 31, 1994."

18. On February 27, 2017, Earl and Lenora Stokes received two quitclaim deeds which conveyed additional property interests related to the Subject Property at

Wilson Drive. Both of these deeds were conveyed to "Earl Clayton Stokes and Lenora Pollock Stokes, as Trustees of the Stokes Family Living Trust, dated May 31, 1994."

19. Although the property was purportedly transferred to the Stokes Family Living Trust, the Stokes Family Living Trust holds title only as nominee of Earl Stokes. Earl Stokes has dominion and control over and enjoys the benefits of the property. Moreover, Earl Stokes denied, under penalty of perjury, that the Subject Property at Wilson Drive was held in trust. In July of 2016, Earl and Lenora Stokes submitted a Form 433-A, Collection Information Statement, to the IRS, which they signed under penalty of perjury. In their responses, Earl and Lenora Stokes stated they are not beneficiaries or trustees of any trust. (*See* Ex. 1, Redacted Form 433-A questions and responses 9a and 9b.) Earl and Lenora Stokes also claimed personal ownership of the Wilson Drive property, and claimed the Wilson Drive property is their residence. (*See* Ex. 1, Redacted Form 433-A question and response 17a.) To the extent the Subject Property is titled to the Stokes Family Living Trust, the trust and/or its trustees hold title only as nominees for Earl Stokes and/or Lenora Stokes individually.

20. On May 3, 2016, the IRS filed Notices of Federal Tax Lien for tax years 2000 and 2004 in Pasco County, Florida and Hillsborough County, Florida. These NFTLs were recorded on May 11, 2016 and May 17, 2016 respectively. On June 10, 2017, the IRS refiled the NFTL for tax year 2000 in Pasco County, Florida; the refiled NFTL was record on June 20, 2017. On September 29, 2017, the IRS also refiled the NFTL for tax year 2000 in Hillsborough County; the refiled NFTL was recorded on October 19, 2017.

21. On August 2, 2017, the IRS filed a nominee lien for taxes owed by Earl Stokes for tax years 2000 and 2004 against the "Stokes Family Living Trust as Nominee of Earl C. Stokes" in Pasco County, Florida. On September 29, 2017, the nominee lien for tax year 2000 was refiled in Pasco County; the refiled nominee NFTL was recorded on October 11, 2017.

22. Because Earl Stokes is the a true owner of the Subject Property, the United States is entitled to have its tax liens foreclosed, to have the property sold free and clear of the claims of any of the defendants to this litigation, and to have the proceeds of the sale applied to his unpaid federal tax liabilities.

WHEREFORE, the Plaintiff, United States of America, prays that this Court, order, adjudge and decree:

A. That Defendant Earl C. Stokes is indebted to the United States for his federal income tax liabilities for the 2000 and 2004 tax years in the amount of $102,695.30, plus interest and other statutory additions from April 4, 2018;

B. That the Court adjudge, determine, and decree that Earl C. Stokes is the beneficial owner of the Subject Property, that the Stokes Family Living Trust and its trustees hold to title to the Subject Property as nominee for Earl C. Stokes individually, and determine that the federal tax liens described herein attach to such property;

C. That the federal tax liens be foreclosed, that the Subject Property be sold in a judicial sale, according to law, free and clear of any right, title, lien, claim, or interest of any of the defendants, that the Court determine the rights of parties to the proceeds of the sale of the Subject Property and the relative priority of the parties' claims to the

proceeds from the sale, and disburse those proceeds accordingly; and that the net proceeds (after costs of sale) be paid to the United States to apply toward the unpaid tax liabilities of Earl C. Stokes; and

  D. That the Court grant the United States such other and further relief as the Court deems just and proper.

Dated: April 13, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Matthew S. Johnshoy*

MATTHEW S. JOHNSHOY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
(202) 616-1908 (Johnshoy)
Fax: (202) 514-9868
Matthew.S.Johnshoy@usdoj.gov

Of Counsel:

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida

To: 18884464695  From: 17203064573  Date: 07/11/16  Time: 9:09 AM  Page: 02/49

# Form 433-A
(Rev. December 2012)

Department of the Treasury
Internal Revenue Service

## Collection Information Statement for Wage Earners and Self-Employed Individuals

Wage Earners Complete Sections 1, 2, 3, 4, and 5 including the signature line on page 4. *Answer all questions or write N/A if the question is not applicable.*
Self-Employed Individuals Complete Sections 1, 3, 4, 5, 6 and 7 and the signature line on page 4. *Answer all questions or write N/A if the question is not applicable.*
For Additional Information, refer to Publication 1854, "How To Prepare a Collection Information Statement."
*Include attachments if additional space is needed to respond completely to any question.*

| Name on Internal Revenue Service (IRS) Account | Social Security Number SSN on IRS Account | Employer Identification Number EIN |
|---|---|---|
| Earl C Stokes | 2370 | |

### Section 1: Personal Information

1a  Full Name of Taxpayer and Spouse *(if applicable)*
    Earl C and Lenora P Stokes

### Section 2: Employment Information for Wage Earners

### Section 3: Other Financial Information *(Attach copies of applicable documentation)*

| 9a  Are you the beneficiary of a trust, estate, or life insurance policy *(If yes, answer the following)* | | ☐ Yes  ☑ No |
|---|---|---|
| Place where recorded: | EIN: | |
| Name of the trust, estate, or policy | Anticipated amount to be received $ | When will the amount be received |
| 9b  Are you a trustee, fiduciary, or contributor of a trust | | ☐ Yes  ☑ No |
| Name of the trust: | EIN: | |

www.irs.gov    Cat. No. 20312N    Form 433-A (Rev. 12-2012)

RECEIVED BY IRS-EEFAX    07/11/2016  11:31AM (GMT-05:00)

To: 18884464695   From: 17203064573   Date: 07/11/16   Time: 9:09 AM Page: 03/49

Form 433-A (Rev. 12-2012)                                                                 Page 2
**Section 4: Personal Asset Information for All Individuals**



Form 433-A (Rev. 12-2012)

To: 18884464695   From: 17203064573   Date: 07/11/16   Time: 9:09 AM Page: 04/49

Form 433-A (Rev. 12-2012)     Page 3

**REAL PROPERTY** Include all real property owned or being purchased

| | Purchase Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|
| 17a Property Description **Primary Residence** | 1/2002 | $ 325000 | $ | $ | | $ 325000 |
| Location (Street, City, State, ZIP code) and County<br>5829 Wilson Dr.<br>Zephyrhills, FL 33542<br>Pasco | | | Lender/Contract Holder Name, Address (Street, City, State, ZIP code), and Phone<br><br>Phone | | | |

To: 18884464695   From: 17203064573   Date: 07/11/16   Time: 9:09 AM   Page: 05/49

Form 433-A (Rev. 12-2012)                                                                                           Page 4

**If you are self-employed, sections 6 and 7 must be completed before continuing.**

### Section 5: Monthly Income and Expenses

Monthly Income/Expense Statement *(For additional information, refer to Publication 1854.)*

| Total Income | | Total Living Expenses | | IRS USE ONLY |
|---|---|---|---|---|
| Source | Gross Monthly | Expense Items [6] | Actual Monthly | Allowable Expenses |
| | | | | |

1. **Wages, salaries, pensions, and social security:** Enter gross monthly wages and/or salaries. Do not deduct tax withholding or allotments taken out of pay, such as insurance payments, credit union deductions, car payments, etc. To calculate the gross monthly wages and/or salaries:

   *If paid weekly* - multiply weekly gross wages by 4.3. Example: $425.89 x 4.3 = $1,831.33

   *If paid biweekly (every 2 weeks)* - multiply biweekly gross wages by 2.17. Example: $972.45 x 2.17 = $2,110.22

   *If paid semimonthly (twice each month)* - multiply semimonthly gross wages by 2. Example: $856.23 x 2 = $1,712.46

2. **Net Income from Business:** Enter monthly net business income. This is the amount earned after ordinary and necessary monthly business expenses are paid. This figure is the amount from page 6, line 89. If the net business income is a loss, enter "0". Do not enter a negative number. If this amount is more or less than previous years, attach an explanation.

3. **Net Rental Income:** Enter monthly net rental income. This is the amount earned after ordinary and necessary monthly rental expenses are paid. Do not include deductions for depreciation or depletion. If the net rental income is a loss, enter "0." Do not enter a negative number.

4. **Distributions:** Enter the total distributions from partnerships and subchapter S corporations reported on Schedule K-1, and from limited liability companies reported on Form 1040, Schedule C, D or E. Enter total distributions from IRAs if not included under pension income.

5. **Other Income:** Include agricultural subsidies, unemployment compensation, gambling income, oil credits, rent subsidies, etc.

6. **Expenses not generally allowed:** We generally do not allow tuition for private schools, public or private college expenses, charitable contributions, voluntary retirement contributions or payments on unsecured debts. However, we may allow the expenses if proven that they are necessary for the health and welfare of the individual or family or the production of income. See Publication 1854 for exceptions.

7. **Food, Clothing and Miscellaneous:** Total of food, clothing, housekeeping supplies, and personal care products for one month. The miscellaneous allowance is for expenses incurred that are not included in any other allowable living expense items. Examples are credit card payments, bank fees and charges, reading material, and school supplies.

8. **Housing and Utilities:** For principal residence: Total of rent or mortgage payment. Add the average monthly expenses for the following: property taxes, homeowner's or renter's insurance, maintenance, dues, fees, and utilities. Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection, telephone, cell phone, cable television and internet services.

9. **Vehicle Ownership Costs:** Total of monthly lease or purchase/loan payments.

10. **Vehicle Operating Costs:** Total of maintenance, repairs, insurance, fuel, registrations, licenses, inspections, parking, and tolls for one month.

11. **Public Transportation:** Total of monthly fares for mass transit *(e.g., bus, train, ferry, taxi, etc.)*

12. **Out of Pocket Health Care Costs:** Monthly total of medical services, prescription drugs and medical supplies *(e.g., eyeglasses, hearing aids, etc.)*

13. **Current Year Taxes:** Include state and Federal taxes withheld from salary or wages, or paid as estimated taxes.

**Certification:** *Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct, and complete.*

| Taxpayer's Signature *(signed)* | Spouse's signature *(signed)* | Date 7/11/2016 |
|---|---|---|

After we review the completed Form 433-A, you may be asked to provide verification for the assets, encumbrances, income and expenses reported. Documentation may include previously filed income tax returns, pay statements, self-employment records, bank and investment statements, loan statements, bills or statements for recurring expenses, etc.

**IRS USE ONLY** *(Notes)*

Form **433-A** (Rev. 12-2012)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.